INP/SST beaver



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

**NAME:** Jarvis Taylor **NUMBER:** 387118 **INSTITUTION & UNIT:** TTCC EC-212

**DESCRIPTION OF PROBLEM:** On 9-18-21 at 5:30pm officer BorDen, Green team Lt murray, Captain KYLA Mitchell, Seg Rubalo. They used "Excessive force And violated TDOC / corrective policy And Procedure

**REQUESTED SOLUTION:** Several days off without pAy, Criminal charges with the D.A department.

Signature of Grievant: *Jarvis Taylor*  Date: 9-29-21

=====================================================

### TO BE COMPLETED BY GRIEVANCE CLERK

**Grievance Number:** 6188/ 35/171  **Date Received:** 11-15-21  **Signature Of Grievance Clerk:** S/o E Lon

**INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE:** _____

**AUTHORIZED EXTENSION:** _____ New Due Date _____ Signature of Grievant _____

=====================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

**DATE:** _____ **CHAIRPERSON:** _____

Do you wish to appeal this response? ✓ YES ___ NO

If yes, Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

**GRIEVANT:** *Jarvis Taylor*  **DATE:** 11/18/21  **WITNESS:** *(signed)*

Distribution Upon Final Resolution:



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: On 9-18-21 at 5:30pm Officer Borden was passing out dinner with two inmates, when she got to my door, I asked her can I go take a shower. They been letting us just go do it. Officer Borden said no, so we exchanged words. I told Officer Borden I'm no thug nor gangbanger, I just want a shower. If I run to anybody else door write me up. Officer Borden started putting her gloves on pulled out her pepper spray, put it in my face, that's when I said don't spray me. Officer Green was standing outside Echo-A pod door I pointed over there to show Officer Borden that they whole pod out. When I pointed Officer Borden started yelling "You want to hit a woman"! The camera show I didn't touch her before she sprayed me and after she sprayed me. So she said she "don't care they out". Officer Then called Officer Green. He gets to my door. I asked Officer Green "Am I a trouble maker". He say No. Officer Borden tells Officer Green "don't talk to me". Then she pepper sprayed me I run and put water in my eyes Officer Green come put cuffs on me. Take me **down** the steps. The camera show I have on a white plain T-shirt, grey shorts a pair of white shoes Get to the door, Lt Murray, Captain Kyla Mitchell, Seg Rubalo, grabs me, I'm not saying nothing until I hear "You want to hit a woman"! That's when I turn my head a say I didn't touch her. Get outside E building front door, They flip me to the ground, Seg Rubalo pull my legs out from under me hard puts his foot on my neck, Lt Murray put his knee down on the left side of my face, smashing the rightside in the ground. Lt Murray takes out his "Walkie Talkie" And started "slapping me repectedly"! Picks me up takes me to the clinic now I only have one shoe on bleeding all over my face, blood dropping everywhere. Captain Kyla Mitchell yelling "She run this bitch, you bitches don't run shit"! Gets in the clinic sat me on the table, I tell Captain Kyla Mitchell to look at the tape, She left. Nurse came put my face in so water to wash away the blood and spray. Captain Kyla Mitchell came back and said "No I didn't touch her", And left, Lt Murray comes in the room saying "God on your side". I call him a coward, Lt Murray left the room. I'm asking for the nurses names, nobody wants to give me their name, no one took my pictures, didn't get no "Bandages no ointment for my wounds it's also on camera. They put me in a holding cell which also has a camera, I'm walking around trying to get some help no one wants to help, my lips swollen bad, eye bleeding it's a black lady in the window watching me, I then tried talking to her. She said she just working over time. I tell her look at my face, I did nothing, she got up an got me a "Ice pack". I asked what's your name "She said Case Manager Stokes". An inmate in the holding cell gave me one of his socks cause my foot that didn't have a shoe was bare on the ground. All this is on camera, minutes later Seg Rubalo came and took me to the hole, while on the way, I asked Seg Rubalo why he put his hands on me, Seg Rubalo "said don't put that on me. All he did was put his foot on my neck". Get to unit A-C 201 it's a camera right in front of my door and the camera see how my face looks, also the night officers that saw my face in the hole was Officer Harmon saw how bad I looked, also Officer

Distribution Upon Final Resolution:
White-Inmate Grievance   Canary-Warden   Pink-Grievance Committee   Goldenrod-Commissioner (if applicable)
Case 3:22-cv-00620   Document 1-1   Filed 08/16/22   Page 2 of 18 PageID #: 13
CR-1394 (Rev. 3-00)                            Page 2 of 2                                    RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE     (continuation sheet)

DESCRIPTION OF PROBLEM: Wilson seen my face also. Turned in two 5-1C one on 9-21-21 to a female night captain around 9pm-10pm, turned in another on 9-24-21 at 1:45pm to Sergeant Ratcliff, camera in front of my door. Filled out sick calls no one came to see me, until 9-21-21 nurse Stewart was signing the doors. I asked to speak with her told her my story plus she saw my face, nurse Stewart went and got a officer, I filled out the sick call. They took me to see Doctor T-Henson, she was in the pod already, doctor asked me what happen, she felt the side of my face, wrote me door for a x-ray. And gave me some "bandage and alcohol prep pads, triple antibiotic ointment. Everyone else pass my door said they couldn't help or kept walking. Stayed in the hole 12 days and only had 5 days. These action and behaviors are officer Borden, Lt Murray, Captain Kyla Mitchell and Seg Pubalo, while acting under authority acting under color of state law was a willful disregard for grievants rights to be free from hurt, harm or danger from core civic staff, names actions and behavior constitute assualt, with a RECKLESS disregard for grievants health an safety, leaving grievant to believe that Lt Murray officer Borden, Captain Kyla Mitchell, Sergeant Pubalo meant to seriously harm me deliberately, ignoring grievants right to be protected from unnecessary and excessive force, not once but several times. Deliberate indifference and negligence occurred when Captain Kyla Mitchell, Lt Murray, Sergeant Pubalo, officer Borden failed to exercise the standard of care that a reasonably prudent person would have exercised when they was attempt to subdue or restrain me when their was no signs/evidence of revolt or insurrection by this grievant. These actions and behavior by Lt Murray Captain Kyla Mitchell, officer Borden, Sergeant Pubalo violated grievants Eight Amendment rights to be free from cruel an unusual punishment, And substantial risk of serious harm, respectfully submitted.

*Javis Taylor # 387118*

Distribution Upon Final Resolution:
White- Inmate Grievance Board   Canary- Warden   Pink- Grievance Chairman   Gold- Commissioner (if applicable)
Case 3:22-cv-00620   Document 1-1   Filed 08/16/22   Page 3 of 18 PageID #: 14
CR-1394 (Rev. 3-00)                    Page 2 of 2                               RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 11/17/2021  11.15.21 (EC)

Please respond to the attached grievance, indicating any action taken.
Date Due: 11/18/2021

Grievance Number: 6188/35171
Inmate Name: Jarvis Taylor
Inmate Number: 387118

This incident has been investigated and closed out. The appropriate actions have been taken.

SIGNATURE: /s/ JaB
DATE: 11/17/2021

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev. 3-00)    RDA 2244

2606



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

NAME: Jarvis Taylor  
NUMBER: 387118  
INSTITUTION & UNIT: TTCC/EC212  
GRIEVANCE NUMBER: 6188/351171

Summary of Evidence and Testimony Presented to Committee: No hearing held

Inmate Grievance Committee's Response and Reasons: Grievance deemed INQ per policy # 501.01 VI (c)(1).

DATE: 11.24.21  
CHAIRMAN: S/G C Lane

MEMBER  
MEMBER  
MEMBER  
MEMBER

========================================

Warden's Response: Agrees with Proposed Response ☒  
Disagrees with Proposed Response ☐  
If Disagrees, Reason(s) for Disagreement

Action Taken: Concur w/ supervisor's response.  
DATE: 12/6/21  
WARDEN'S SIGNATURE:

Do you wish to appeal this response? ✓ YES ___ NO

If yes: Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

GRIEVANT  
DATE: 12-15-21  
WITNESS: Deneuer WKMath 12-15-21

RECEIVED

========================================

Commissioner's Response and Reason(s):  
DEC 16 2021

TDOC Operations

DATE  
SIGNATURE

Distribution Upon Final Resolution:  
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner

CR-1393 (Rev. 3-00)



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

Jarvis Taylor    387118    TTCC/EC212    6188/351171
NAME             NUMBER    INSTITUTION & UNIT    GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee  No hearing held

Inmate Grievance Committee's Response and Reasons  Grievance deemed INQ per policy # 501.01 VI (c)(1).

11.24.21    S/C C Lane
DATE        CHAIRMAN                    MEMBER

MEMBER    MEMBER    MEMBER

Warden's Response:    Agrees with Proposed Response  [X]

Disagrees with Proposed Response  [ ]

If Disagrees, Reason(s) for Disagreement _____

Action Taken: Concur w/ supervisor's response.
DATE: 12/6/21    WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?    ✓ YES    ___ NO

If yes:  Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

_____    12-15-21    Denever McMath
GRIEVANT    DATE    WITNESS  12-15-21

Commissioner's Response and Reason(s): _____

DATE    SIGNATURE

Distribution Upon Final Resolution:
White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)    RDA 2244

2606


**TN Department of Correction**

# MEMO

Inmate Name: Jarvis Taylor  TDOC Number: 587118

Institution: NCC  Housing Unit: EC-212

Institution Grievance Number: 6188  TOMIS Grievance Number: 351171

Commissioner's Response:

☑ Concur with Warden  ☐ Concur with Supervisor  ☐ Appeal Denied

12-16-2021
Date

Assistant Commissioner of Prisons

LH-1A

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North •
Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

Case 3:22-cv-00620   Document 1-1   Filed 08/16/22   Page 7 of 18 PageID #: 18

## INCIDENT STATEMENT

Facility: Trousdale Turner Correctional Center   Incident Number: 

Incident Date: 9-18-21   Incident Time (HRS): 5:30pm

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Jarvis Taylor | 387118 | Inmate | Participant |

Housing Location (For Inmates/Residents Only):

Based on your own knowledge, what did you see, hear, and do? On 9-18-21 at 5:30pm I was Assaulted by Lt Murray, Sergeant Rubalo, officer Borden, Captain Kyla Mitchell used Excessive Force while Acting under Authority Acting under color of state Law. at 5:30pm officer Borden was passing out dinner with two other inmates, when she got to my door, I Asked can I go take a shower, we've been on lockdown for a week or so. TDOC policy states after 72 hours we get showers but they just been letting us go As we will. Officer Borden said no, I told her I'ma go And come right back. If she see me go Anywhere else write me up. I'm no Thug or gangbanger just want A shower. officer Borden got loud, start putting on her gloves pulled out her pepper spray. I look An see E-A pod out I tell officer Borden while pointing to show her. Officer Borden starts yelling, you want to put your hands on A woman. I'm like I didn't touch you. The camera has A clear view of the whole situation. officer Borden calls for officer Green, he yets →

Did you receive any injuries? **YES** or NO (If YES, Explain Below): left side Above my eye A deep cut, 2 black eyes, top And bottom lips busted swollen, nose busted, cuts on my right jaw line, cuts on my left An right knee

Were you evaluated by medical? **YES** or NO: No pictures were taken, no questions was asked

| Printed Name: | Jarvis Taylor | | |
|---|---|---|---|
| Signature: | [signature] | Date: | 9-28-21 |
| Typed By: | [signature] | Date: | 9-28-21 |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C. Place an "X" in the appropriate box:

|   | Inmate/Resident refused to complete this 5-1C |
|---|---|
|   | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Proprietary Information-Not For Distribution-Copyrighted-Property of CoreCivic

o my door, I ask officer Green Am I A trouble maker. Officer Green states No. Officer Borden tells officer Green wait toward me, turns around an spray me. Officer Green g came in my cell cuffs me, takes me down the steps, have on A plain white T-Shirt, grey short, white shoes. Get to E-C pod door Lt Murray, Cap Mitchell, Pubalo was at the door, they grab my arm walking me to the front door, then I hear you want to hit a woman then say I didn't touch her look at the camera. Soon we get outside the unit right in front of E building they flip me to the ground, Seg Pubalo pull my legs from up under me, puts his foot on the back of my neck. Lt Murray As his knee down on the left side of my face, smashing the right side in the ground pulls out his walkie talkie J started slapping me repeatedly until blood was everywhere. Picked me up I losted A shoe take me to e clinic "Cap Mitchell" yelling calling me bitches saying she run this bitch! gets in the clinic nurse run water over my face tried wiping my face off, I'm asking for their names no one wants to give me their names tell Cap Mitchell go look At the tape, she leaves An minutes later come back, say "no" I didn't touch r An leave Never took my "pictures". no one gave me nothing for my wounds. but this lady at was working over time name "Case Manager Stokes" she saw my face An went got me A "ice pack ter being in the holding cell asking for help cause my face An lips were bleeding, Seg Pubalo came to take e to the hole, on the way I asked Seg Pubalo why he put his hands on me he stated "don't put at on me All he did was put his foot on my neck, so I asked why you didn't stop it. He never ed nothing. get to A-C-201 officer Harmon is the pod officer he saw how my face looked s A camera right by my door it see's all the blood on my shirt, & shorts An only one ica on. This is my 4th S-1C filed no one has came and asked me no questions, my first S-1C gave to night lady captain on 9-21-21 Around 9pm-10pm; 2nd one on 9-24-21 to seg ratcliff at 1:45 pm, 3rd one 10-4-21 to Captain Porter At 1:25pm @ E-C front door. the other 2 times I was in the hole on 21-21 And 9-24-21 ... Saw Doctor T-Henson on 9-21-21 At 7:50pm About my face, put me down for ray, got x-ray on 9-28-21 At 10:50Am in the hole.

Jarvis Taylor #38711

*Jarvis Taylor* (signature)

10-8-21

je 2

21 June 2022

Chris Brun, TDOC Contract Monitor of Operations
CoreCivic/Trousdale Turner Correctional Center
140 Macon Way
Hartsville, Tennessee 37074

**COPY**

DEPOSITED
IN PRISON MAIL SYSTEM
**21 JUNE 2022**

Re:   Request for Assistance in getting my inmate grievance posted & processed

Mr. Brun:

Enclosed is three inmate grievances I have filed.  The originals appear to have fallen into a black hole in the grievance office.  My inquiries have resulted in no responses.  These grievances have never been returned to me nor have they ever have been posted on TOMIS or timely processed in any manner pursuant to policy.

Based on the foregoing, I am requesting your assistance in ensuring these grievances are actually posted and processed in accordance with TDOC policy, so that I can file my lawsuit in the United States District Court.

I trust that this letter and its contents are self-explanatory.  If, however, any further explanations are required, please do not hesitate to let me know.  Thank you for your anticipated cooperation.

Sincerely,

_____
JARVIS TAYLOR
Tenn. Dep't Corr., registration number:  387118

Enclosures:

21 June 2022

**COPY**

DEPOSITED
IN PRISON MAIL SYSTEM
**21 JUNE 2022**

Jon K. Walton, TDOC Contract Monitor of Compliance
CoreCivic/Trousdale Turner Correctional Center
140 Macon Way
Hartsville, Tennessee 37074

Re:   Request for Assistance in getting my inmate grievance posted & processed

Mr. Walton:

    Enclosed is three inmate grievances I have filed. The originals appear to have fallen into a black hole in the grievance office. My inquiries have resulted in no responses. These grievances have never been returned to me nor have they ever have been posted on TOMIS or timely processed in any manner pursuant to policy.

    Based on the foregoing, I am requesting your assistance in ensuring these grievances are actually posted and processed in accordance with TDOC policy, so that I can file my lawsuit in the United States District Court.

    I trust that this letter and its contents are self-explanatory. If, however, any further explanations are required, please do not hesitate to let me know. Thank you for your anticipated cooperation.

Sincerely,

_____
JARVIS TAYLOR
Tenn. Dep't Corr., registration number:  387118

Enclosures:



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

NAME: Jarvis Taylor  
NUMBER: 387118  
INSTITUTION & UNIT: TTCC  A-C 201

DESCRIPTION OF PROBLEM: ON 9-18-21 at 5:30pm I was Assualted by Lt murray, Seg Pubalo officer Borden, Cap KYLA Mitchell used Excessive Force while Acting under Authorit Acting under color of State Law.

REQUESTED SOLUTION: Several day off without pay, Criminal Charges with the D.A department And Trenfer me to Another prison

Signature of Grievant: [signature]  
Date: 9-28-21

================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

Grievance Number: _____  Date Received: _____  Signature Of Grievance Clerk: _____

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____  
New Due Date  Signature of Grievant

================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____  CHAIRPERSON: _____

Do you wish to appeal this response? ___ YES  ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT  DATE  WITNESS

Distribution Upon Final Resolution:



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE     (continuation sheet)

DESCRIPTION OF PROBLEM: On 9-18-21 At 5:30pm Officer Borden was passing out dinner with two other inmates. Officer Borden gets to my door, I ask can I take a shower. Officer Borden said No, I tried to explain to Officer Borden they been just letting us go, cause after 72 hours TDOC policy states we take showers. Officer Borden wasn't hearing that we exchange words. Officer Borden pulled her pepper spray out. I then stated I'm no thug nor gangbanger, I just want to take a shower. I looked out the pod window see Officer Green standing outside E-A door, I point to show Officer Borden they whole pods out. Officer Borden starts yelling "You want to hit a woman." I say I didn't touch you, camera will show this, it's a clear view to my cell, my hands are down. Officer Borden calls Officer Green. Officer Green gets to my door, I then ask Officer am I a trouble maker. Officer Green states No. Officer Borden tells Officer Green don't talk to me, then turns around and spray me. I also asked Officer Borden to call someone to the unit. Officer Green hand cuffs me take to the pod door, that's when I see Lt Murray Captain Kyla Mitchell. Seg Pubalo grabs me and started walking me down the hallway. I then start hearing "You want to hit a woman!" I turn to say I didn't touch her. Get outside E building front door they flip me to the ground, Seg Pubalo pull my legs from up under me put his foot on my neck, Lt Murray drops his knee on the left side of my face smashing my right side in to the ground. Then pulled out his "walkie talkie" and started slapping me repeatedly. My top and bottom lips busted, nose busted, cut above my left eye, cuts along side my right jaw line, both eyes black. When I came out my cell my T-shirt was white by the time I made it to the clinic blood was all over me to my shoe. Made it to the clinic nurse didn't ask me nothing, she washed my face, no one took my pictures, I told Cap Mitchell to look at the camera, she left an did it minutes later Cap Mitchell said no I didn't touch her An left. No nurse gave me nothing for my wounds. They put me in a holding cell my lips swollen big. I'm trying to get some help no one would help me. The camera see me trying to get help face still bleeding. It was this black lady sitting in the window watching me, I then tried talking to her, telling her look at my face. She stated "I'm just working over time". I asked whats her name she said "Case Manager Stokes" she then got up and got me a ice pack. It's a camera in the holding cell. Minutes later Seg Pubalo takes me to the hole, I ask him why he put his hands on me. Seg Pubalo states "don't put that on me, all I did was put my foot on your neck". I asked why you didn't stop it. Seg Pubalo didn't say nothing. Get to unit A pod C Officer Harman takes me to cell 201 it's a camera right in front of that cell it sees my face and cloths. I've turned in 2 S-1C gave one to a night captain lady on 9-21-21 at 9pm-10pm another on 9-24-21 to Seg Ratcliff at 1:45pm while in the hole. Doctor T-Henson saw my face put me down for a X-ray, had x-ray done on 9-28-21 at 10:50 from the hole An Doctor T-Henson gave me bandages and ointment, alcohol pads for my face also.

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)   Page 2 of 2   RDA 2244

Case 3:22-cv-00620   Document 1-1   Filed 08/16/22   Page 13 of 18 PageID #: 24



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: I had 5 days in the hole stayed for 12 days no one would give me nothing. These Action And behaviors Are Officer Borden, Lt Murray, Cap Kyla mitchell, Seg Pabulo while Acting under Authority Acting under color of state Law) was a willful disregard for grievants rights to be free from hurt, harm or danger from Core civic staff Lt Murray, Cap Kyla Mitchell, Seg Pubalo, officer Borden Action And behavior constitute Assualt, with a reckless disregard for grievants Health and Safety, leaving grievant to believe that Lt Murray, Cap Kyla Mitchell, officer Borden, Seg Pubalo meant seriously harm him deliberately, ignoring grievants right to be protected from unnecessary and excessive force, not once but several times. Deliberate indifference And negligence occurred when Lt Murray, Cap mitchell, Officer Borden, Seg Pubalo failed to exercise the standard of care that a reasonably prudent person would have exercised when they was attempt suddue or insurrection by this grievant. these Actions and behavior by Lt Murray Captain Kyla Mitchell, officer Borden, Sergeant Pubalo Violated grievants' Eight Amendment rights to be free from cruel an unusual punishment, and substantial risk of serious harm, respectfully submitted

_[signature]_ 387118



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

NAME: Jarvis Taylor  
NUMBER: 387118  
INSTITUTION & UNIT: TTCC EC-212

DESCRIPTION OF PROBLEM: I Filed Several Complaints about being Assualted on 9-18-21 at 5:30pm in Front of E building. I have copies of everything. While Acting under Authority Acting under color of state Law

REQUESTED SOLUTION: ~~[scratched out]~~ Have the commissioner check the history of these officers

Signature of Grievant: [signed]  
Date: 11-8-21

============================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

Grievance Number: _____  
Date Received: _____  
Signature Of Grievance Clerk: _____

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____  
New Due Date: _____  
Signature of Grievant: _____

============================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____ CHAIRPERSON: _____

Do you wish to appeal this response? ___ YES ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT _____ DATE _____ WITNESS _____

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)        Page 1 of 2        RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: I was "Assualted" on 9-18-21 at 5:30pm in front of E building by Lt Murry, Seg Pubalo, Cpt Mitchell, officer Borden. I filed 3 516, one on 9-21-21 while in the hole gave it to a female cpt that worked nights around 9pm-10pm, filed another 9-24-21 at 1:45pm gave to Seg Ratclif while in the hole. No one from Administration came to speak with me. I wrote the warden About my situation still haven't heard nothing Also filed couple grievance on the situation still nothing. Family calling down here still nothing. I've spoken to Chef Harris And Chef Porter still nothing, Also turned one in ~~____~~ when I got out the hole gave it to Chef Porter on 10-4-21 at 1:25pm in front of EC pod door. Every time Lt Murry come down here he has something to say. I filed a grievance on Lt Murry for harassing me on 10-25-21 at 9:45am, also reported these incidents to my family so they can call the Administration, still haven't heard nothing. These action and behaviors of Amdministration, Core Civil staff while acting under Authority Acting under color of state Law was a willful disregard for grievants rights.

_[signature]_ 387118
11-8-21

Distribution Upon Final Resolution:
White – Inmate Grievant  Canary – Warden  Pink – Grievance Committee  Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)  Page 2 of 2  RDA 2244
Case 3:22-cv-00620  Document 1-1  Filed 08/16/22  Page 16 of 18 PageID #: 27



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

NAME: JARVIS TAYLOR  
NUMBER: 387118  
INSTITUTION & UNIT: TTCC E-C-212

DESCRIPTION OF PROBLEM: ON 10-25-21 at 9:45AM Lt Murray while Acting under Authority Acting under color of State LAW. HArAssing me

REQUESTED SOLUTION: TranFer me, Speak with the Commissioner About this on going Situation...

Signature of Grievant: [signed]  
Date: 10-25-21

================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

Grievance Number: _____  Date Received: _____  Signature Of Grievance Clerk: _____

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____  
New Due Date          Signature of Grievant

================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____  CHAIRPERSON: _____

Do you wish to appeal this response? ____ YES   ____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT _____  DATE _____  WITNESS _____

Distribution Upon Final Resolution:
White-Inmate Grievance Chairperson; Pink - Grievance Committee; Golden rod - Commissioner (if applicable)

CR-1394 (Rev. 3-00)    Page 1 of 2    RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: On 10-25-21 at 9:45am count time Lt murray came around checking doors he got to my door nothing was in my door, so he didn't open the door. Lt murray saw he left and came back to my door, said something about a AR-15 rifle my celly pumped up cause he was doing push up's. my celly stated he hit hard that's when Lt murray stated He do to ask around while looking at me. I've wrote several S1C reports on the Assualt that happen on 9-18-21 at 5:30pm in front of E building, Also this is my 2nd grievance with his name in it, nothing has been done nor Anybody has said Anything to me about the situation, now Lt murray is "harassing" me as well as "intimidate" me. This is unprofessional, T.C.A Tenn code Annotated 41-1-103 oath of officer's / Employee I murray do solemly swear to act in a professional manner and that I will in no way treat ill, unprofessiona while under his care as a state employee to no inmate. Lt murray fail to do so on several levels.

\# 387118
JARVIS TAYLOR
10-25-21

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00) — Page 2 of 2 — RDA 2244