IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JARVIS TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br>et al.,<br>    Defendants. | )<br>)<br>)<br>)  Case No. 3:22-cv-620<br>)  Judge Trauger/Frensley<br>)<br>)<br>) |

## REPORT AND RECOMMENDATION

This matter is before the undersigned on review of the file. The Complaint herein was filed on August 16, 2022. Docket No. 1. The record does not reflect proof of service of summons and complaint on defendant O.I.C. f/n/u Borden within the time allowed by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m).

For these reasons, the Magistrate Judge **RECOMMENDS** that defendant O.I.C. f/n/u Borden be **DISMISSED WITHOUT PREJUDICE** under Rule 4(m).

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days from receipt of any objections filed in this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn,* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

    IT IS SO ORDERED.

                                            **JEFFERY S. FRENSLEY**
                                            **United States Magistrate Judge**