IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JARVIS TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-00620 |
| ) | Judge Trauger |
| CORECIVIC OF TENNESSEE, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 8, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 78), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the claims against defendant O.I.C f/n/u Borden are DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge