# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JARVIS TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-00620 |
| ) | Judge Trauger |
| CORECIVIC OF TENNESSEE, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 8, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 79), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by defendants Puebla, Murray, and Mitchell (Doc. No. 47) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge